**2010–1996.  State ex rel. McIntosh v. Kubicki.**

In Mandamus. On complaint in mandamus of Thomas McIntosh. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and McGEE BROWN, JJ., concur.

LANZINGER, J., dissents and would grant a writ of mandamus.

**2010–2009.  State ex rel. Russell v. Lynch.**

In Mandamus. On complaint in mandamus of Mark Russell and respondent's answer. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–2034.  State ex rel. Carney v. Brown.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–2038.  [State ex rel.] Berry v. Bessey.**

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–2060.  State ex rel. Muhammad v. O'Shaughnessy.**

In Mandamus. On complaint in mandamus of Mustafa Muhammad and respondent's answer. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–2099.  State ex rel. Dickens v. Nadel.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2010–2116.  State ex rel. Ross v. DeWine.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, CUPP, and McGEE BROWN, JJ., concur.

O'DONNELL and LANZINGER, JJ., dissent and would grant a writ of mandamus.